```
0001
1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
2                EASTERN DIVISION AT COLUMBUS
3        _____
CITIZENS AGAINST POLLUTION,
4              Plaintiff,
        vs.                    Civil No.: 2:04-CV-00371
5                              Judge Gregory Frost
                               Mag. Judge Mark Abel
6   OHIO POWER COMPANY,
              Defendant.
7   _____/
8
9            D E P O S I T I O N   O F
10
    WITNESS:    STUART BATTERMAN, Ph.D.
11
    LOCATION:   Offices of Patricia Murray & Assoc.
12              122 South Main Street
                Ann Arbor, Michigan
13
    DATE:       January 5, 2006
14
15  APPEARANCES:
    FOR PLAINTIFF:      BAILEY & GLASSER
16                      227 Capitol Street
                        Charleston, West Virginia 25301
17                      BY:  BENJAMIN L. BAILEY
18
    FOR DEFENDANT:      PORTER, WRIGHT, MORRIS & ARTHUR
19                      41 South High Street
                        Columbus, Ohio  43125
20                      BY:  MOLLY S. CRABTREE
21
22
        Reporter:   Karen Klerekoper, CSR-4250, RPR
23
24
25
```

```
1                              I N D E X
2
3   _____
4   WITNESS:  STUART BATTERMAN, PH.D.        PAGE NO.
    _____
5
        Examination by Ms. Crabtree              3
6
7                    EXHIBIT INDEX
    _____
8
    EXHIBIT NO.    DESCRIPTION              PAGE NO.
9
10   1001    Protective Order                    3
11   1075    Dr. Batterman's resume              5
12   1076    Deposition Notice                   9
13   1077    Subpoena                           10
14   1078    Dr. Batterman's report             13
15   1079    Table summary                      20
            Ambient Air Sampling
16
    1080    Lab information                     21
17          Industrial hygiene analysis
18   1081    PowerPoint presentation            33
19
20
21
22
23
24
25
```

```
1   Ann Arbor, Michigan
2   January 5, 2006
3   At 2:10 p.m.
4
5               STUART BATTERMAN
6   HAVING BEEN CALLED BY THE DEFENDANT AND SWORN:
7            MARKED BY THE REPORTER:
8         DEPOSITION EXHIBIT NUMBER 1001
9                   EXAMINATION
10  BY MS. CRABTREE:
11  Q.   Good afternoon, Mr. Batterman.  Could you please state
12       your name for the record.
13  A.   Stuart Batterman.
14  Q.   Mr. Batterman, Dr. Batterman, where are you employed?
15  A.   I'm employed at the University of Michigan.
16  Q.   How long have you been there?
17  A.   Since 1989.
18  Q.   I have marked, just for the record, the protective
19       order in this case, which was previously marked as
20       1001.  This is not something that you would have
21       necessarily seen before, but we mark it just in case,
22       in all of the depositions, in case there is any
23       sensitive business information, either for you or the
24       defendant in this case, that we have an opportunity to
25       mark that later as confidential.
```

```
1            Have you ever been deposed before?
2   A.   Yes.
3   Q.   How many times?
4   A.   At least three, I think, maybe four.
5   Q.   What were the circumstances of those depositions?
6   A.   Those are different cases dealing with environmental
7        matters.
8   Q.   What type of environmental matters?
9   A.   Pollution cases, for the most part.
10  Q.   Anything dealing with sulfuric acid?
11  A.   Sulfuric acid was involved slightly in one of the
12       cases.  It was mostly SO2.
13  Q.   Can you describe the circumstances?
14  A.   Sure.  In the December period, I think of '95, a large
15       pile of elemental sulfur caught on fire, and the
16       combustion products included sulfur trioxide and some
17       sulfuric acid as well.
18  Q.   Where was this?
19  A.   This was in Macassar Township, in South Africa.
20  Q.   What was your role in that case?
21  A.   I was an expert testifying before a presidential
22       commission of inquiry with respect to the
23       establishment of negligence in that case.
24  Q.   What were your other depositions about?
25  A.   I have had depositions dealing with a wood waste
```

```
 1      energy facility located in Flint.  I have had
 2      depositions dealing with a cement facility burning
 3      hazardous waste in Texas, and I have had depositions
 4      dealing with a cement facility in Camden, New Jersey.
 5   Q.  Suffice to say, you have pretty good experience with
 6      depositions.  I just want to go over a couple of rules
 7      to make sure we are on the same page.
 8          One, as you know, all of your answers have
 9      to be oral.  A shake of head isn't caught by the court
10      reporter, since she is taking everything down.
11          Two, if you need a break at any time, just
12      let me know.  We are not here for an endurance contest
13      or to make you uncomfortable.  I just ask if there is
14      a question pending, you finish answering the question
15      before we break.
16          Third, if I ask anything that doesn't seem
17      clear to you or you don't understand, just ask me for
18      clarification now so we make sure we are both talking
19      about the same thing now as opposed to misinterpreting
20      it down the road.
21          Next exhibit I will mark as 1075, I believe
22      it's a copy of your resume.
23              MARKED BY THE REPORTER:
24              DEPOSITION EXHIBIT NUMBER 1075
25   BY MS. CRABTREE:
```

```
 1      extensive resume.  Can you briefly go over your
 2      educational history for me on the record?
 3   A.  Sure.  I have a BS, bachelor of science, from Rutgers
 4      University in '79 in the environmental science
 5      department.  MS and Ph.D. degrees from MIT,
 6      Massachusetts Institute of Technology, in '81 and '86
 7      respectively.  That's the formal education training.
 8   Q.  This appears to be a complete copy of that.  I think
 9      we can probably move on from here.  I'm not going to
10      drag you through all of it.
11          Tell me how you came to be retained --
12   A.  One other --
13   Q.  Oh --
14   A.  -- change on the resume I added here.  Currently I'm
15      also a professor of civil and environmental
16      engineering at the University of Michigan, as well as
17      being professor of the environmental sciences.
18   Q.  Has that been a recent appointment?
19   A.  That appointment initiated January 1 --
20   Q.  Congratulations.
21   A.  -- 2006.
22              MR. BAILEY:  Or condolences.  We aren't
23      sure.
24              MS. CRABTREE:  It's perspective, I guess.
25   BY MS. CRABTREE:
```

```
 1   Q.  If you could take a look at that.  I gave you the
 2      wrong one.
 3              MR. BAILEY:  The one with your highlights?
 4              MS. CRABTREE:  Yep.
 5              MR. BAILEY:  I would be glad to take that.
 6              MS. CRABTREE:  I don't think there is too
 7      much interesting on this one.
 8   BY MS. CRABTREE:
 9   Q.  Could you just take a quick look at this and let me
10      know?
11   A.  It looks like a copy as of October '05.
12   Q.  Has anything changed since October of '05?
13   A.  Yes.
14   Q.  What has?
15   A.  There is some new publications and some committee
16      assignments.
17   Q.  What are those publications about?
18   A.  Those publications are dealing, I believe, with
19      volatile organic compounds in the environment.  I
20      believe one of them is an epidemiological paper.  And
21      I think the others are essentially changes from
22      submitted to being accepted, minor stuff like that.
23   Q.  Anything relating to sulfur trioxide or sulfuric acid?
24   A.  No.
25   Q.  Can you briefly -- this is obviously quite the
```

```
 1   Q.  Can you tell me when you were retained by the Citizens
 2      Against Pollution?
 3   A.  I think we had some discussions in the early part of
 4      2005.  I don't have a precise date available, to my
 5      recollection.
 6   Q.  Who contacted you?
 7   A.  I believe it was Jim Hecker.
 8   Q.  Who all have you had contact with since 2005 in
 9      relation to this case?
10   A.  From the legal staff.
11   Q.  Sure.
12   A.  Just Jim Hecker and Mr. Bailey here.
13   Q.  What about nonlegal staff?
14   A.  During a plant visit, I met some of the folks at the
15      Gavin facility and also a few other attorneys working
16      with Jim Hecker and Mr. Bailey here, and I met Phyllis
17      Fox at one of those meetings, and that's all, to my
18      recollection right now.
19   Q.  Was that the only time you spoke with Dr. Fox?
20   A.  No, there was some telephone calls I think that were
21      conference calls where she was a participant.
22   Q.  Was that during the preparation of your report?
23   A.  It was in that time period, yes.
24   Q.  Did you review one another's draft expert reports?
25   A.  No.
```

1    Q.   What is your understanding of your role in this
2         litigation?  By this litigation, I mean the Citizens
3         Against Pollution versus Ohio Power Company.
4    A.   My understanding is that I was to provide an opinion
5         regarding the exposure and health effects of the
6         sulfuric acid emissions at this facility; that I was
7         to examine the likelihood that the Gavin facility was
8         the responsible agent or party.  Those are the primary
9         objectives.
10   Q.   When you said the likelihood that the Gavin plant was
11        the responsible agent or party, responsible for what?
12   A.   Responsible for the concentrations of sulfuric acid
13        and the health effects of the local community members.
14   Q.   Next I'm going mark 1076.  This is the Notice to take
15        your deposition today and tomorrow.
16                  MARKED BY THE REPORTER:
17                  DEPOSITION EXHIBIT NUMBER 1076
18   BY MS. CRABTREE:
19   Q.   Have you seen that before?
20   A.   Yes.
21   Q.   What did you do to prepare for your deposition today?
22   A.   What did I do to prepare for it today?
23   Q.   To prepare for today's deposition.
24   A.   Okay.
25   Q.   We are going to give you a chair on the English

1    Q.   This is the subpoena.  The next document I will show
2         you is the subpoena for documents that was served on
3         you in December.  Actually, it was sent to Mr. Hecker
4         on your behalf.  Can you take a look at that and tell
5         me if you have seen it before?
6    A.   Which document do you want me to look at?
7    Q.   The subpoena.  The other one is the protective order
8         that we marked, that had been previously marked.
9    A.   Okay.  I haven't seen the protective order.
10   Q.   I don't think you need to go through it.  If you want
11        to, you're fine.
12   A.   I have no idea what it's about.
13   Q.   Okay.  I'm not going to ask you any questions about
14        it.
15   A.   All right.  Yes, I have seen this document before.
16   Q.   Did you prepare a response to this subpoena?
17   A.   Yes.
18   Q.   What did you do to prepare that response?
19   A.   I made a computer copy of my directory with all of the
20        files related to the work product, my expert report.
21        I culled my e-mails to find all of those that were
22        related to this report, made a copy of that.  And for
23        materials which were not available electronically, I
24        produced a copy, two copies, and I sent them to
25        Mr. Hecker.

1         department next.
2                  MR. BAILEY:  Law school.
3    A.   I have done several things.  I reviewed expert reports
4         that were available to me.  "Review" means a fairly
5         quick review of them.  I reviewed my report and I had
6         a telephone discussion with the attorneys with Jim
7         Hecker and Mr. Bailey here.
8    BY MS. CRABTREE:
9    Q.   About how long did you spend preparing for your
10        deposition?
11   A.   I haven't calculated the hours, but I have had many
12        other things to do this week.  So, in total, it's
13        probably -- I haven't actually summarized the hours,
14        but I will, because you will see that, but
15        approximately a day.
16   Q.   Okay.  Now, how long did it take you to prepare your
17        report, your expert report in this case?
18   A.   The record will show that I billed for approximately
19        124 hours, I believe, on the order of three-some
20        weeks.
21                  MS. CRABTREE:  Next housekeeping business,
22        1077.
23                  MARKED BY THE REPORTER:
24                  DEPOSITION EXHIBIT NUMBER 1077
25   BY MS. CRABTREE:

1    Q.   You said you had one file on your computer where you
2         kept all of this.  Is that typical for you, with a
3         project, to keep all of your electronic documents in one
4         place?
5    A.   Yes.  Well, no.  Actually, I keep them in several
6         computers, but they are all maintained, and several
7         backups sometimes, but they are all in one directory.
8    Q.   I notice --
9    A.   At least that's what I try to do.
10   Q.   Me too.
11                  I notice in your report you mentioned that
12        you provided your services at a reduced rate.  Why is
13        that?
14   A.   For cases that I believe are social-justice related
15        types of issues for nonprofit organizations, I do
16        want, and I feel it's part of my responsibility as an
17        academician to provide, to be able to provide services
18        to those organizations.
19   Q.   How often do you do that?
20   A.   At a reduced rate?
21   Q.   Yes.
22   A.   Routinely for these types of cases.
23   Q.   Would you say that you take on more than one project a
24        year?
25   A.   No, less than one project a year.

1   Q.   A project every two or three years?

2   A.   Probably average something like that.

3   Q.   Okay.  What is your normal rate?

4   A.   The normal rate is approximately $300 an hour.

5   Q.   Did anyone assist you in preparing your report?

6   A.   I may have had some minor assistance in the form of

7        obtaining a article, or something like that, from one

8        of my staff, but no one did anything beyond the level

9        of clerical assistance or library assistance.

10  Q.   So nobody provided substantive feedback for you on any

11       of your drafts?

12  A.   No.

13            MARKED BY THE REPORTER:

14            DEPOSITION EXHIBIT NUMBER 1078

15  BY MS. CRABTREE:

16  Q.   Exhibit Number 1078 will be a copy of your report, a

17       color copy of that.  If you can take a look at that

18       and tell me if it looks like an accurate copy and

19       complete copy.

20  A.   It does.

21  Q.   Can you turn -- I would like to turn first to section

22       2.2.

23            2.1 is a summary of your opinions, and lot

24       of those reappear in the substantive sections; is that

25       accurate?

1   A.   Yeah.  The summary section should be a verbatim copy,

2        I think, material that is italicized in other

3        sections.

4   Q.   That's what I thought.  If we can go ahead and turn to

5        2.2, then.  We will start there.  This is titled

6        Ambient Concentrations of H2SO4 in the Community.  The

7        first nonitalicized paragraph in this section, you

8        reference Table 1 and say that it lists ambient

9        concentrations of H2SO4 detected in the vicinity of

10       the facility in 2001, 2002.

11            Could you flip to Table 1 with me?  I have

12       a couple of questions on that.  Are you there?

13  A.   Yes.

14  Q.   Okay.  Now, these are a listing of all the detectable

15       concentrations of H2SO4 from the ambient monitoring;

16       is that correct?

17  A.   That was the intention of assembling this table, yes.

18  Q.   Why did you not include the nondetects?

19  A.   I didn't include the nondetects for a couple of

20       reasons.  I was interested in understanding where

21       plume touchdowns were detected, not necessarily where

22       they were not detected.

23            Second, the nondetects, as well as the

24       detects, are listed in other places and are rather

25       voluminous.

1            And, third, the ability to draw some

2        inferences from the monitored concentrations is really

3        only a function of where they are detected.  In other

4        words, I can stick a monitor in lots of places and I

5        know I won't find a plume touchdown.

6   Q.   Did you consider the nondetects informative to your

7        opinion about exposure in the community?

8   A.   They are informative only in regard that it provides

9        some information with respect to the intensity of the

10       monitoring effort.

11  Q.   What do you mean by the intensity of the monitoring

12       effort?

13  A.   The strategy and the success of the strategy that is

14       being used.  It's useful to know where and how often a

15       monitoring was attempted.

16  Q.   Did you ever view any protocols for the ambient

17       monitoring?

18  A.   Yes, I have.

19  Q.   A list of sites where the ambient monitoring was done?

20  A.   Yes, I have.

21  Q.   Do you have any opinions about how that ambient

22       monitoring was done?

23  A.   Opinions regarding what?

24  Q.   Whether it was sufficient, whether it was correctly

25       done?

1   A.   What do you mean by correct?

2   Q.   Well, you said you considered the nondetects

3        informative as to how the monitoring was done.  Do you

4        believe that the monitoring was done effectively?

5   A.   I don't know what you mean, "effectively."  The

6        monitoring appears to have been done from the -- I'm

7        going to separate the monitoring in a couple of

8        components.

9   Q.   Okay.

10  A.   The monitoring done by the consultants Lawhon, or

11       Lawhon -- I'm not quite sure how to say the name.

12            MR. BAILEY:  No R, Lawhon.

13  A.   -- appeared to follow a standard protocol that was

14       adequately performed in terms of collecting a

15       one-hour, six- or eight-hour average.

16  BY MS. CRABTREE:

17  Q.   What about the 2002 monitoring?

18  A.   Again, the consultant performing the data sampling

19       appeared to collect samples, to the extent of the

20       knowledge that I can see, using, again, standardized

21       procedure, very simple procedure.

22  Q.   Would you have done it differently?

23  A.   Most likely.

24  Q.   How would you have done it differently?

25  A.   As I stated in this report, I have not designed a

1       sampling strategy for this case.  I think it would be
2       done quite differently.  The key idea is to recognize
3       that plume touchdowns are intermittent and can occur
4       over a large spacial area.  And it's very difficult to
5       capture them with a short grab sample, or a short time
6       sample, and thinking about the strategy which would
7       provide effective determination of concentrations and
8       exposures would probably lead to a design which would
9       be a bit different, yes.  And I haven't -- as I stated
10      in the report, I haven't designed such a strategy for
11      this facility.
12   Q.  So you don't necessarily have an opinion about the
13      better protocol that would be followed; you just think
14      you might do it differently?
15   A.  I have a number of opinions about better protocols.
16   Q.  What are those?
17   A.  Well, there are a number of deficiencies in the
18      current protocols.  And they include inadequate
19      temporal and spacial coverage, the difficulties with
20      respect to averaging times, detection limit issues.
21      And then from the standpoint of understanding sources,
22      the simultaneous collection of additional information
23      that would help determine both the origin of the
24      materials monitored as well as the prevailing
25      meteorological, and other conditions that might affect

1       concentrations that were monitored.
2    Q.  What additional information do you think should be
3       included?
4    A.  A videoed record is useful, local meteorological
5       measurements are useful.  Other pollutants can be very
6       diagnostic as well.
7    Q.  By other pollutants, you mean things like SO2 and NOx?
8    A.  SO2 and NOx would be useful.
9    Q.  You mentioned difficulties with the averaging times,
10      what were those difficulties?
11   A.  The protocols, and one thing I neglected to mention in
12      terms of deficiencies were the paper record with
13      respect to the samples and their analysis, but a
14      tighter trail of data completeness and
15      characterization would be beneficial and is fairly
16      normal in these kinds of incidents.
17             Your question was what?
18   Q.  What was the difficulty in averaging time?
19   A.  The averaging time, as you are aware, were three to
20      eight hours in the 2001 time frame, most being at the
21      longer end, roughly six hours.  However, the data
22      record doesn't explicitly state in all cases what the
23      averaging time was, and that's one of the
24      difficulties.
25             In 2002 the consultant shifted to one-hour

1       samples, which involve a couple of issues, as I
2       discuss in the report.  One is the ability to compare
3       them to the 2001 data using a longer averaging time.
4              The second has to do with detection limits.
5       A third has to do with the likelihood of actually
6       capturing a plum touchdown with a short-term sample.
7    Q.  Is that difficulty with the averaging time why a lot
8       of these values in this Table 1 under duration for the
9       2001 area -- or for the 2001 time period, don't have
10      anything listed for duration?
11   A.  I could not locate duration in the available record to
12      me.
13   Q.  Now, I notice 10 of the 14 measurements -- I think
14      it's 14 measurements, from 2002 were from June of
15      2002.  Did you find that to be an anomaly from the
16      previous year?
17   A.  No, there were measurements in 2001 that were detected
18      during the June period as well.
19   Q.  But the fact that the majority of the 2002 data was in
20      the June period didn't strike you as odd?
21   A.  Well, I'm aware that there are issues in the 2002 data
22      that deal with some background contamination.
23   Q.  The two September and one October data points of 2002
24      in this chart, we were not able to locate any of that
25      data in the sources that you cited for the table.  Do

1       you remember where that information came from?
2    A.  I'm sorry, which dates precisely?
3    Q.  In 2002, September 11, September 16th, and October
4       25th.
5    A.  I tried my best to provide the -- what are they
6       called, Bates numbers?
7    Q.  Uh-huh.
8    A.  That's where I believe they came from, and some of
9       these spreadsheets are quite large and have multiple
10      pages and aren't very well organized or documented,
11      and they may have been in there.
12   Q.  Okay.  It might just be an artifact of us not having
13      pinpointed it yet.
14             I'm going to show you a couple of examples
15      of the Bates-numbered pages that you have in here to
16      make sure I'm clear on what you were looking at.  Can
17      you grab me AEPGVA 256 to 258.  This is just a portion
18      of one of the documents that you cited.
19             Thank you.
20             MARKED BY THE REPORTER:
21             DEPOSITION EXHIBIT NUMBER 1079
22   BY MS. CRABTREE:
23   Q.  If you can take a look at that.  Now, this is a
24      portion of one of the documents cited in your notes to
25      Table 1.  This is the type of data that you relied on

1      in putting together your Table 1?

2    A.   This is a table that is not a type of data.

3    Q.   Was this type of information that you relied on in

4      putting together your Table 1?

5    A.   This is some of the data that was available, and

6      whether this particular page or not was used, I don't

7      know offhand.

8    Q.   That's fair.  There is a lot of pages I'm sure you

9      went through.

10    A.   This is a summary in addition -- the laboratory

11      performing the analysis had more details in terms of

12      the date and timing analysis that was performed; in

13      some cases, the technician performing the analysis,

14      and ancillary information like that.  I think I might

15      have an example of the laboratory sheets.

16            MARKED BY THE REPORTER:

17            DEPOSITION EXHIBIT NUMBER 1080

18   BY MS. CRABTREE:

19    Q.   This is AEPGAV 36 through 39.  Is this the laboratory

20      information you were referring to?

21    A.   Yes, and there is also -- this is still a summary of

22      the information, and there are handwritten entries

23      both from the field, I think, as well as from the

24      laboratory, I think.  I may have attempted to try to

25      consolidate all of that information.

---

1      use a blank correction.  And in which case,

2      essentially, the blank is subtracted from the

3      measurement prior to calculating a concentration.

4      This was never clear in terms of the procedure that

5      they used or in the data.

6        It's also unfortunate and an inappropriate

7      presentation of the data not to flag values that are

8      potentially problematic.  Typically most laboratories

9      will have fields where they indicate a quality measure

10      and flag whether or not there is a problem with that.

11      Almost ever accredited lab will do something like

12      that.  My lab routinely does that.

13        The periodic reviews of the data and the

14      analysis as they come in performed in this case, like

15      in most labs on a weekly basis, also didn't generate

16      any corrections, flagging -- or flagging of the data

17      on a routine basis.  So it's difficult to interpret

18      how they felt about the analysis.

19        The analysis that was performed, I think,

20      characterized the contamination issues as sporadic

21      and, thus, applying some likelihood or some

22      probabilities the -- most of the samples would be

23      unaffected, but that's unclear to me as well.

24        So the analysis of the 2002 data for a

25      portion of the time period could have a sample which

---

1    Q.   Those are the handwritten data sheets?

2    A.   Portions were handwritten in fields.

3    Q.   You said you were aware of some contamination issues

4      with some of the 2002 data.  What is your familiarity

5      with that?

6    A.   As can be seen on some of the materials that you have

7      handed out, they indicate some of the blanks were

8      non -- nonzero; in other words, they had positive

9      artifacts on the concentrations of sulfuric acid that

10      were apparent on what are either laboratory or field

11      blank.  It's unclear from the available record.

12        There is also a string of e-mails and short

13      reports from -- what's her name -- Bechtle, and an

14      analysis, I think performed by her and reviewed by

15      Lytle, I think discussing the blank contamination

16      issue and the actions to be taken.

17    Q.   Did that change your opinion in any way?

18    A.   My opinion of what?

19    Q.   Of the concentration levels in 2002.

20    A.   Well, it makes them more difficult to interpret.  You

21      have the possibility that the levels here are not

22      blank corrected or blank corrected.  It was never

23      clear to me.

24        The procedure that the laboratory is using,

25      I believe one of the documents indicates that they do

---

1      represents a true value, a true value plus a blank

2      contamination issue, a true value with a blank

3      correction subtracted, if the laboratory did that, or

4      just a blank contamination issue.  And I'm in little

5      position to judge, as I think we simply don't know.

6    Q.   When did you become aware of the problems with

7      the -- the potential problems with the 2002 data?

8    A.   I had noticed a blank contamination issue when I went

9      through the data in the preparation of my report.

10      However, at that time I did not provide a systematic

11      analysis of blanks, because as I stated, in most

12      cases, invalid data would be either flagged or

13      otherwise noted.

14        The fuller awareness of the blank

15      contamination issue was in discussion with Jim Hecker

16      and subsequent review of, I think her name is, Deborah

17      Gray's report, expert report.  And that was in -- in

18      just recent days.

19    Q.   Recent days, meaning the past couple of weeks?

20    A.   Yeah.  It was subsequent to my response to your

21      document request.

22    Q.   When you noted some of the problems when you were

23      going through the data in preparing your expert

24      report, why didn't you note in your report that there

25      were some potential problems there?

1  A.  I didn't provide, as I just stated, a characterization
2     of the blanks, and didn't feel at the time, and I had
3     seen no other indications at the time, that this was a
4     widespread problem, so --
5  Q.  Did you --
6  A.  Excuse me.  I also did not go through the 2001 data
7     with the same level.  I mean, generally when data are
8     provided, you accept the data for what they are, and
9     2001 data had no other indication either that there
10    was a data quality issue, either good or bad, with
11    that data.
12  Q.  So you treated --
13  A.  Finally, I believe this is an accredited laboratory
14    and I do expect that they have a management system in
15    place that both corrects problems rapidly as well as
16    provides appropriate documentational problems.
17  Q.  Anything else?
18  A.  That's all I can think of.
19  Q.  I don't want to cut you off.
20       So when you were putting together this
21    table, you treated the nondetects similarly to the
22    blanks and you didn't include them in the table?
23    Excuse me, the blanks similarly to the nondetects, and
24    you didn't include them in the table?
25  A.  I didn't provide any analysis of blanks in this table.

1     As I indicated to you, it's unclear whether we have a
2    laboratory blank field blank, and so forth, so I guess
3    my fourth reason is that the lack of documentation
4    available to me would make an analysis rather
5    difficult.
6  Q.  Well, let's go head and turn to tables 2 and 3, which
7    is the next page in your report.  If you can take a
8    look at these for me.
9       Table 2, I think this is just a different
10    way of asking what I asked you before.  At the bottom
11    there, you have the number of observations.  By that,
12    do you mean observations of a detectable level?
13  A.  Yes.
14  Q.  Okay.  That wouldn't include any of the nondetects,
15    correct?
16  A.  No.
17  Q.  Also, if you could flip back to Table 1, many of these
18    sampling sites -- I'm looking particularly at the 2001
19    data because there seems to be more of it -- a lot of
20    these are on plant property, correct?
21  A.  Some of them certainly are, yes.
22  Q.  Can you tell that for some of them by looking at the
23    description?
24  A.  Sure.
25  Q.  Those are included, though, in your Table 1 as far as

1    number of observations.
2       Did the fact that some of these detectable
3    levels occurred on plant property affect your opinion
4    about community exposure?
5  A.  No, not really.
6  Q.  Why?
7  A.  First of all, the detections that are available
8    represent the situation where the monitoring team is
9    able to get to a site in time when the plume may be
10    present and, thus, recorded a detectable level.  This
11    is most likely to be the case where they have access
12    to the site, and so -- that, or close to the facility.
13    So it's just logistically much easier for the team to
14    get out to a site on plant property.
15       Second, a wind shift of a few degrees, a
16    gust here or there, may shift the plume to be off-site
17    property but, in fact, not have a significantly
18    different concentration.  And I think that is
19    reflected in the totality of the evidence that is
20    here, as both with respect to the monitoring as well
21    as with respect to the modeling that is performed.
22  Q.  Do you know the percentage of 2001 or 2002 samples
23    that actually showed detectable levels?
24  A.  I did at one point.  I'm sure you have it.
25  Q.  I don't, actually.

1  A.  It's I believe -- it's a percentage in the single
2    digits, but I don't recall the exact number.
3  Q.  Did that affect your opinions about exposure in the
4    community at all?
5  A.  Not really.
6  Q.  Why?
7  A.  As I indicated, the ability to place a monitoring team
8    at the appropriate space -- at the appropriate place,
9    rather, at the appropriate time over a large region is
10    quite poor.  And most attempts to try to get at plume
11    detections for such episodic events are failures.
12    This is nothing secret, nothing unusual.  It's been
13    shown in additional studies that the ability to do
14    this is quite poor.
15       This includes some quite drastic cases
16    where, in fact, a team believes they are at the
17    correct spot and, in fact, has adverse health impacts
18    even at the time.  Yet the monitor shows nothing for
19    various reasons.
20       So it doesn't surprise me that sort of a
21    monitoring strategy using a mobile team, predesignated
22    locations, for monitoring with an episodic type of
23    event shows, in fact, that there is a very small
24    percentage of observations which are what I would
25    characterize as hits.

1  Q.  You mentioned predetermined locations, did you look at
2      how those locations were chosen?
3  A.  I think I reviewed that.  I think I have seen that for
4      the 2004 data -- 2002 data.  For the 2001, I don't
5      recall offhand.
6  Q.  In your table 3 here, on the left-hand side, you have
7      touchdown duration.  Where did these come from?
8  A.  This is simply a sequence of durations from a quarter
9      hour to two hours to demonstrate the point of the
10     table.  So these aren't coming from observations, per
11     se, from objective observations.
12 Q.  Are these what you consider reasonable durations for
13     plume touchdowns?
14 A.  I think this is a reasonable range.  Whether or not a
15     duration is two hours, or whether there is one that is
16     a quarter hour, I don't know.  What I'm trying to
17     provide here is a reasonable range of durations,
18     something that we call a sensitivity analysis.
19 Q.  What did you base that reasonable range on?
20 A.  In part, the frequencies of plume events that I have
21     seen in other circumstances, frequencies or durations
22     reported by individuals, video documentation.  I tried
23     to cover a large range here.
24 Q.  You mentioned other plume events that you have seen.
25     What other plume events have you seen?

1  A.  From other facilities not in the Ohio/West Virginia
2      area, but other emission facilities with tall stacks
3      emitting sulfur dioxide or other gases that are easy
4      to measure.
5  Q.  What about sulfuric acid?
6  A.  No, these didn't include sulfuric acid.
7  Q.  Have you ever seen what has been referred to in a lot
8      of these documents as a blue plume?
9  A.  Yes.
10 Q.  What were the circumstances of that?
11 A.  I made a site visit, as I mentioned, and there was a
12     tinge of blue, perhaps, in the plume.  I have also
13     seen videographic evidence that I have mentioned.
14 Q.  But other than that site visit, you have never seen a
15     blue plume from either the Gavin or another facility?
16 A.  I don't recall seeing or noting other -- I look more
17     carefully these days.
18 Q.  Also, in Table 3 where it says the 2000 sample period
19     in hours, you have the lowest average and highest.  If
20     you were missing the sampling duration for all of
21     these samples on the previous page, where did you get
22     the statistics about the sampling periods?
23 A.  Okay.  First, I believe you are referring to the 2001
24     sample period, not the 2000 that you stated.
25 Q.  Yes, I'm sorry, 2001.

1  A.  I have to think for a second where I got that from.
2          I believe what I tried to do was look at
3      recorded durations.  Then, since they were incomplete,
4      I think what I did was to assume certain sampling rate
5      of -- I forget exactly.  It's in the 50 mills per
6      minute, or something like that, and then derived it
7      from the sample of volume which, in fact, was recorded
8      for the majority of the samples.
9  Q.  So you inferred the sampling period then?
10 A.  I think that's what I did.  I think I also discussed
11     exactly what I did in the text, and if you will let me
12     refer back to that?
13 Q.  Sure.
14 A.  Page 7, the bottom paragraph, on the fifth line, by
15     examining the monitoring logs sample durations of 11
16     of the samples were identified as shown in Table 1.
17     These average 5.7 with the short outlier omitted.  The
18     other sampling durations were -- I'm paraphrasing --
19     were unavailable.  Typically sampling volume over this
20     period was 96 liters based on the average of 38
21     samples.
22         And given this average sampling volume, it
23     would be between three and eight hours based on the
24     minimum/maximum flows allowable for the NIOSH method.
25     That's where it was derived from.

1  Q.  Okay.  That's helping me.  I think I know the answer
2      to this, but on Table 3 in these averaging times, you
3      did not include the durations for the nondetect
4      samples; is that true?
5  A.  For the averaging times for what, I'm sorry?
6  Q.  The samples where there was no concentration
7      detectable.
8  A.  For which year?
9  Q.  2001.
10 A.  2001?  That's correct.  This is based on the detected
11     data; however, I think I did show, in fact, that the
12     nondetects at various similar sample volumes, so I
13     don't expect there to be much of a change.
14 Q.  Okay.  That was going to be my next question.
15         We can go back to page 6 of your report.  I
16     think I'm done with the charts.  The last paragraph on
17     that page, you reference a document with a Bates
18     number AEPGAV-E 19844 as saying that both Gavin units
19     1 and 2 with stated SO3 stack concentrations, 35 to 40
20     ppm.
21         I'm going to have you take a look at that
22     page, what is part of, what looks like a PowerPoint
23     presentation.
24         MS. CRABTREE:  Can you mark that, please.
25         MARKED BY THE REPORTER:

1          DEPOSITION EXHIBIT NUMBER 1081
2    BY MS. CRABTREE:
3    Q.   I include the whole presentation for context, October
4         2002.  It is the last page of this, 19844.  It's not
5         terribly easy to read.
6              Is this where you got this 35 to 40 ppm per
7         stack of SO3 concentration?
8    A.   On the last page, it has the number 35 to 40.  It's
9         cited in the report.  So I assume that's where I got
10        it from.
11   Q.   How did you know this was per stack and not the
12        combined stacks?
13   A.   I don't know that this provides that information.  I
14        don't recall right now whether I had looked at some
15        additional information to make that determination or
16        not.
17   Q.   Fair enough.  On footnote 2 on page 6, again, this
18        time you used a stack concentration of 37 1/2 parts
19        per million at both units in 2001.  Do you know where
20        that assumption came from?
21   A.   I think what I did here was assume a range of 35 to 40
22        and just take the average of that range, so I used the
23        midpoint, and I believe that's where I got 37.5 from
24        for 2001.
25   Q.   Then you go on to say:  14 parts per million at Gavin

1         2 in 2002 and 6 parts per million at unit 1 in 2002.
2              Do you know where those numbers came from?
3    A.   Off the top of my head, I don't; however, I had seen
4         description of emissions at unit 2 and at unit 1 for
5         2002 as well, so that's where it was taken from.  I
6         did not cite the source, which I should have --
7    Q.   Okay.
8    A.   -- to refresh my memory for that purpose.
9    Q.   Would it have been -- would the information you base
10        that on be in the documents that you provided in
11        response to the subpoena?
12   A.   It should be, yes.
13             MS. CRABTREE:  Let's take a short break.
14             (A recess was taken)
15             MS. CRABTREE:  Back on the record.
16   BY MS. CRABTREE:
17   Q.   In section 2.2.1, which starts at the top of page 7,
18        you say that several of the site locations for 2001
19        are unavailable.  This is in the second line of the
20        first nonitalicized paragraph.  Again, how does not
21        knowing the site information for the plume touchdown
22        factor in your opinions about community exposure?
23   A.   Well, I would like to know as much information as
24        possible about the plume touchdowns, and the site
25        where the touchdown occurred is, of course, a key

1         piece of information.
2              If I don't have that information, then
3         I'm -- I simply don't have that spacial coordinate,
4         and that is unfortunate, and I was unable to plot
5         those locations on the maps that I provide as figure
6         8 -- I think it's actually earlier than that, as
7         figures 1A and B -- so I was not able to locate a
8         couple of the detected sulfuric acid concentrations,
9         so they simply didn't show up on the map.
10   Q.   But that doesn't necessarily change your opinions
11        about community exposure to the plume?
12   A.   No.  It would be nice to have more information, of
13        course, but the omission of an observation, or two or
14        three, doesn't substantially change the picture.
15   Q.   Also, in figure 2 -- and you reference this in the
16        second nonitalicized paragraph on page 7, figure 2
17        shows the wind direction, and you use meteorological
18        data from Parkersburg, West Virginia.  Did you
19        consider using any other source than Parkersburg?
20   A.   I think that's a compound question.
21   Q.   Did you consider any other meteorological data other
22        than Parkersburg?
23   A.   Yes.
24   Q.   What other sites did you look at?
25   A.   I don't recall all of the sites that I looked at.  I

1         looked at the available data from the on-site
2         meteorological station at the Gavin facility, as I
3         stated in the report, and I believe I also looked at
4         several other sites where data were available that I
5         could get at on the Ohio EPA website.
6    Q.   Did you look at Huntington meteorological data?
7    A.   I think Huntington was one that I looked at.
8    Q.   What about Pittsburgh?
9    A.   I don't believe I spent much time with the Pittsburgh
10        data.
11   Q.   Now, looking at your figure 2, does this tell us the
12        predominant direction that the wind is blowing?
13   A.   This is a wind rose that shows us the joint
14        probability of wind speed and wind direction over, in
15        this case, an 80 -- I think it's an '88 to '92 time
16        period.  I can't quite read -- in any event, it's a
17        multi-year time period which has at least five years
18        in it, I think.  I don't know if you can read that.
19   Q.   I think it is '88 to '92.
20   A.   '88 to '92, essentially '88, '89, '90, '91, '92.  It's
21        typical to assemble these things for five-year time
22        periods.
23             This is showing only the winds during the
24        April-to-October season, and only from 7:00 a.m. to
25        6:00 p.m. season.  And this was -- this analysis was

1    provided, as stated there, from an EPA source.

2  Q.  I mean, just looking at this and not normally dealing

3    with these, it looks like there are either more winds

4    or stronger winds blowing south/southeast than there

5    are to the north or -- no, south/southwest, than there

6    are to the north or east.  The petals of the rose, if

7    you will, seem to extend out farther.  Is that what

8    that means, or am I --

9  A.  I think you are interpreting that incorrectly.

10  Q.  Okay.  What does that mean?

11  A.  These wind roses show the direction from where the

12    wind comes.

13  Q.  Okay.

14  A.  So the wind primarily during this period is coming

15    from, essentially, the southwest direction and blowing

16    towards the northeast.

17  Q.  That helps me.

18  A.  The circles indicate probabilities.  If you look

19    carefully, you can see the innermost circles, 2

20    percent, and we have 4 percent, and so forth.  So, I

21    think, as I've described in the report, if you just

22    consider the three longest arm -- or take the four

23    longest arms; the first -- it's 8, 10, 12, so roughly

24    40 percent of the time, maybe more, it's blowing from

25    the general southwest direction.

1  Q.  Okay.  You used data from '88 to '92 for this wind

2    rose, but you used data from the '70s for your

3    modeling analysis.  Why is that?

4  A.  It's largely a result of convenience and what is

5    available.

6  Q.  If you had this data to put together this figure,

7    wouldn't you have had the data to do your modeling?

8  A.  There are a number of issues that are fairly technical

9    in terms of looking at models and looking at wind

10    roses.

11    First of all, with respect to models, I

12    think that was also a compound question.  The models

13    typically use data which are believed to be broadly

14    representative, and a typical procedure is to select

15    five years of data that we believe are representative.

16    Representative is determined typically by a

17    meteorologist examining various aspects of the data

18    but, essentially, believe that there is no atypical

19    event.

20    Given the randomness and the stochasticity,

21    randomness, let's just use that, of meteorological

22    data, generally it's recommended that in a modeling

23    application you use five years of data that are

24    believed to be representative.  And the general

25    modeling guidelines from EPA, including national EPA

1    or federal EPA, as well as Ohio EPA, would normally

2    require that unless site-specific and high-quality

3    meteorological data on-site is available, in which

4    case perhaps less data, less -- one-year duration, for

5    example, could be used.

6    In my review of the data available on-site,

7    I did not see, first, that the data completeness was

8    good enough; in other words, there were a lot of

9    missing data.

10    Second, I didn't have sufficient

11    information with respect to the location and the

12    height of the observations.  It was not documented on

13    the materials that I had.  And then also I understand

14    that the site changed, so for those reasons I opted

15    not to use the on-site meteorological data for this

16    analysis.

17    However, I did do an analysis comparing

18    wind directions and wind speeds between the available

19    data, which, as I stated, was incomplete to provide a

20    statistically robust wind rose, or other

21    determination, with the Huntington and perhaps the

22    Parkersburg data as well.  And they showed general

23    concordance, which I would expect, although the

24    frequencies of calms and others, low-wind speed

25    conditions, did diverge somewhat.  Again, nothing

1    particularly striking in this analysis.

2  Q.  When you say you compared the on-site data with the

3    Huntington data --

4  A.  I believe what I did -- I'm sorry, please finish your

5    question.

6  Q.  No.  That was my question.

7  A.  I don't recall exactly which site I looked at, but I

8    did do some comparisons where I plotted the wind

9    direction and the wind speed at the on-site facility

10    versus one of those sites, just to confirm that it did

11    have reasonable concordance and that the data were

12    reasonably reliable, and that analysis produced the

13    expected result.

14  Q.  Now, you say usually data -- you have a meteorologist

15    look at the data to make sure there are no outlying

16    events in the data.  Did you have a meteorologist look

17    at this data?

18  A.  No.  What was done, and what is typically done, is

19    that the Ohio EPA in this case, the permitting agency,

20    with the purview over modeling applications, will make

21    recommendations for the use of meteorological data

22    with the standard models.  And this is what was done

23    with EPA.  It's available and cited in the reports,

24    available on their website.  And I, essentially, used

25    the recommended data for modeling this facility,

1      taking the data directly off the website appropriate
2      for the location of this facility.
3              I, also, as uncertainty analysis or as
4      sensitivity analysis, substituted the data for one of
5      the other sites nearby to see if it would make any
6      difference.  And the differences were quite small.
7      Which, again, is no surprise.  And so the modeling
8      results aren't particularly sensitive in this case to
9      whether or not you use the Huntington or the
10     Parkersburg or, perhaps, other data.
11  Q.  But when you ran those other data, you did, in fact,
12     choose the model run that gave the highest
13     concentration, didn't you?
14  A.  No, I don't believe so.  What I did was run the
15     model -- the model was run -- we are talking about
16     modeling here, but your original question was not on
17     modeling.
18  Q.  Right.
19  A.  I just want to remind you.
20             The modeling is done for four or five
21     years.  And I report the analysis -- the results, the
22     highest concentration predicted for each of those
23     years.
24  Q.  Okay.  We will get back into modeling.
25             On the top of page 8, you mention in the

1      ambient monitoring that -- with the 2002 data that
2      samples of less than 240 micrograms per cubic meter
3      would not be detected.  Do you see that as a problem
4      with the 2002 ambient monitoring?
5   A.  Yes, I answered to you in the affirmative that one of
6      problems with monitoring were the detection limits.
7   Q.  Why is 240 micrograms per cubic meter limit a problem?
8   A.  Well, for a number of the reasons.  First, we want to
9      be able to detect levels -- well, primarily we want to
10     be able to detect lower levels.
11             Second, when you have detection limits
12     which are close to the observations, your uncertainty
13     is typically higher.  So I would like to be able to
14     detect materials, pollutants, at lower concentrations
15     and with greater certainties.
16  Q.  How low concentrations would you want to be able to
17     detect?
18  A.  For what?
19  Q.  H2SO4.
20  A.  In this application or in general?
21  Q.  If you were doing ambient monitoring.
22  A.  For this application or in general?
23  Q.  For this application.
24  A.  In this application, I think that getting quite far
25     below levels like the California REL would be

1      appropriate.  And since we are looking also at plume
2      tracking, this is health effects aside, whether we
3      have the plume or not is important to know.  Then I
4      would like to get quite low.
5              And so the approach used here, essentially,
6      workplace-monitoring approach, which is not really
7      that sensitive, and I guess if you want me to quantify
8      how low I would like to go, I suppose getting 10 times
9      below the California REL, on the order of 10
10     micrograms, something on that order, 20, would be
11     useful.
12  Q.  Are you aware of any monitoring methods that would
13     allow you to reliably detect 10 micrograms per cubic
14     meter, or below, of H2SO4?
15  A.  I haven't researched this recently.  There are
16     much -- this method, as performed at that application,
17     was not optimized and, in fact, their sensitivities
18     are at the higher end of things.
19             I believe I have seen labs that are able to
20     get well below 1 microgram of background reliably, or
21     precisions well below that, which would mean that
22     sensitivities at least three times better can be
23     achieved using the NIOSH methods.
24             Essentially, any method can be optimized to
25     provide greater sensitivity, and this is something

1      that we do routinely, not for sulfuric acid, but for
2      other contaminants.  And there are a variety of
3      approaches to optimize this method, the NIOSH 7903.
4              Now, there are other methods that are
5      available as well, and their proof of performance in
6      the field is not as well characterized as the NIOSH
7      method.  To become a NIOSH method, you need to undergo
8      a battery of tests and validation.  These other
9      methods are not as well developed, but they certainly
10     potentially have good application in -- at the Gavin
11     area.
12  Q.  Are there other NIOSH methods that allow you to
13     detect ambient H2SO4?
14  A.  Beyond the 7903?
15  Q.  Yes.
16  A.  I don't recall offhand.
17  Q.  When you say "optimize" the process, what do you mean?
18  A.  The sampling phase and the analysis phase have many
19     parameters.  Those parameters can be adjusted to
20     improve the sensitivity and this -- I can get into
21     details in that, if you would like.
22  Q.  But that would be in the collection of the sample, or
23     in that -- would that optimization relate to the
24     collection of the sample?
25  A.  It would, as I just indicated, as well as in the

1    analysis of the sample.  And I suppose if we want to
2    break it down into the preparation of the media as
3    well, which is perhaps the problem that was present in
4    some of the 2002 data.
5  Q.  What do you mean by the media?
6  A.  The absorbant in this case, I believe they obtained
7    this from Supellco, comes to the lab or the field
8    personnel in glass tubes.
9        They break open the ends and then pass air
10   through it.  That's the absorbant.  I think it's
11   silica gel in this case.  And that can certainly be
12   prepared in a far cleaner fashion at somewhat
13   increased cost, relatively small increase in cost.
14  Q.  The third paragraph on this page, you mentioned the
15   shorter sample period in 2002 further reduced H2SO4
16   plume detections.
17       This is more of a general question:  When
18   you say "plume detections," do you mean plumes that
19   have a measurable amount of H2SO4 in them?
20  A.  Not exactly.  What is a measurable amount will depend
21   on the measurement.  So -- I'm sorry, I'm trying to
22   find which paragraph here.
23  Q.  It's starts out second.  It's the third paragraph on
24   the page.  I'm on page 8.
25       MR. BAILEY:  What's the first word in the

1    paragraph?
2  BY MS. CRABTREE:
3  Q.  The shorter sampling period, 2002, further reduce
4    H2SO4 plume detections.
5  A.  Okay.  And your question is?
6  Q.  When -- it's more generally what you mean by a plume
7    detection.  What do you consider a plume detection?
8  A.  When an H2SO4 concentration is detected by the method
9    used.
10  Q.  There could be a plume without an H2SO4 contingent,
11   correct?
12  A.  Sure.
13  Q.  Is it your understanding that sulfur trioxide or H2SO4
14   changes the behavior of a plume?
15  A.  Not in any significant amount, I would say.
16  Q.  Does it change the chemistry of the plume, other than
17   by virtue of being there?
18  A.  Sure.  It's an acidic aerosol and it will have a
19   degree of chemistry that is taking place.  Whether
20   it's significant at these time scales seems somewhat
21   doubtful, but there is plume chemistry going on.
22  Q.  Okay.  The last paragraph on this page -- I'm sorry,
23   that's not right.
24       Is it your understanding that just one SCR
25   was operating in 2002?

1  A.  That's my understanding.
2  Q.  You had earlier, I believe in footnote 2, referenced a
3    14-part-per-million -- it's on page 6, a
4    14-part-per-million concentration at Gavin unit 2 in
5    2002 with 6 parts per million at unit 1.  In Table 1
6    you have concentrations ranging up to 2,410 micrograms
7    per cubic meter.
8        Is it your opinion that the Gavin plant can
9    emit a sufficient amount of sulfuric acid to give a
10   2,410-microgram-per-cubic-merit ambient concentration
11   with just one SCR running?
12  A.  It's a possibility.
13  Q.  Now I'm turning to 2.2.3, which is on page 9 of your
14   report.  This section is entitled AEP is the Dominant
15   Source of H2SO4 Emissions in the Cheshire area.  It's
16   not the only source, though, right?
17  A.  No, it's not.
18  Q.  You identify four sources under the bullet points in
19   this.  Are all four of those sources a possible source
20   of ambient H2SO4 concentrations in the Cheshire area?
21  A.  I think I would characterize them as known sources of
22   H2SO4 in the Cheshire area.
23  Q.  Did you consider mobile sources, such as cars or
24   trucks, along Route 7 as a possible source?
25  A.  I considered that.

1  Q.  Did you quantify that anywhere?
2  A.  No, I didn't.
3  Q.  Now I'm looking at section 2.2.4, which is entitled
4    Meteorology During Plume Detections Indicates that
5    Gavin is the Major Source of H2SO4.  In that, you
6    reference -- in that section, you reference Table 4,
7    and that table is referenced in the second paragraph
8    on page 10.
9        My first question on Table 4, why are there
10   only 12 days listed here, but there are 38 days listed
11   in Table 1?
12  A.  I provided this analysis for a subset of the data.
13  Q.  How did you determine what that subset would be?
14  A.  I believe I selected the 2002 data and then I
15   selected, I believe, the 2001 data.
16  Q.  So, in general, you chose the highest values for this
17   chart, then?
18  A.  No.  I said, for 2002 I selected, I believe, all of
19   the data; and for 2001, I believe, I selected the
20   higher data points.
21       In the second paragraph on page 10, first
22   line, I state, I provide all 2002 data and selected
23   2001, as I have just indicated to you.
24  Q.  I was just wondering how you selected those two
25   particular dates from 2001.

1    A.   I think I selected the higher concentrations.  Then I
2         simply ran out of time to provide this analysis.
3         Also, the results were fairly consistent with what I
4         had looked at, so I stopped at that point.
5    Q.   This is a day-by-day comparison, not necessarily a
6         concentration-by-concentration?  I notice in Table 1
7         there are some days where there are multiple
8         concentrations detected.
9    A.   That's correct.
10   Q.   So when you have prevailing meteorology in Table 4,
11        you are looking at the entire day?
12   A.   I did my best to try to understand when the sample was
13        collected and the meteorology that prevailed during
14        the sampling collection.  However, because of
15        inadequate documentation in the sampling, that could
16        not always be done.  And then I noted that I believe
17        the consultant was sampling during the daytime up to
18        midnight hours, or something like that, but I believe
19        was unlikely to be sampling in, say, the early morning
20        from midnight onward.  I did look at that data.
21   Q.   Did you look at -- well, first, what meteorological
22        data did you look at for this chart?
23   A.   I need to refresh my recollection by reviewing what I
24        have stated in here, Cheshire.
25             As it states on page 9, the last paragraph

1         above the footnotes:  This analysis was based on
2         surface meteorological data from the on-site station
3         at Gavin as well as the Parkersburg.
4    Q.   The PKB is Parkersburg?
5    A.   That's correct.
6    Q.   All right.  Did you look at the Parkersburg or Gavin
7         data to identify periods of calm or light winds where
8         there wasn't an ambient concentration detected?
9    A.   Yes.  I did an analysis of the frequency of calms, and
10        I didn't make a determination in that analysis whether
11        or not there were detections.
12   Q.   So those were separate analyses, then?
13   A.   Largely separate analyses, not entirely separate
14        because I do believe I plotted data over this period
15        and looked at a fair amount of data, whether or not
16        there was detections or not.
17   Q.   You conducted -- in this section of your report, you
18        conduct a quantitative comparison of Kyger Creek
19        emissions with Gavin emissions.  Did you do any type
20        of quantitative analysis for these other sources of
21        sulfuric acid in the ambient air?
22   A.   I'm a little uncertain what you mean by quantitative
23        comparison.
24   Q.   You went through and did some calculations comparing
25        Gavin and Kyger Creek on page 10.  Did you do that

1         same type of quantitative analysis for any of the
2         other identified sources of sulfuric acid in the area?
3    A.   Did I do the same analysis as on page 10?  I'm still
4         uncertain what you are asking exactly.
5    Q.   Let's start with that.  Did you do the same analysis
6         as on page 10 with the other facilities?
7    A.   I have to step further back.  What do you mean by the
8         same?  Same as what?
9    Q.   Same as the analysis as you did on page 10 between
10        Gavin and Kyger Creek?
11   A.   Again, I'm sorry to be so specific.  Are you talking
12        about the analysis that is in one, two -- the fifth
13        paragraph?
14   Q.   In contrast to Gavin, the Kyger Creek facility has a
15        taller stack --
16   A.   Okay.  No, I don't recall doing -- I don't believe I
17        did any other analysis similar to this, other than the
18        Kyger Creek facility and Gavin facility.
19   Q.   Do you know the megawatt reading for the Kyger Creek
20        facility?
21   A.   I did.
22   Q.   It's a memory test.
23   A.   I don't recall it offhand.
24   Q.   Do you know how many units are there?
25   A.   It has a single stack, I believe, and I don't recall

1         for certain how many units are there.
2    Q.   Are you familiar with the term "atmospheric
3         stability"?
4    A.   Yes.
5    Q.   What effect does -- first, can you define the term for
6         me?
7    A.   Yes.
8    Q.   Please do.
9    A.   Atmospheric stability refers to the tendency of the
10        atmosphere to provide dispersion or mixing.
11   Q.   Would a more stable atmosphere produce more mixing?
12   A.   In general, no.  An unstable atmosphere produces more
13        mixing.
14   Q.   What effect does atmospheric stability have on the
15        plume, the Gavin plumes?
16   A.   Atmosphere stability would affect the degree of mixing
17        of the plume and the dilution that results and,
18        ultimately, is one of the factors that would influence
19        the ground level concentrations.
20   Q.   It would be one of the factors?
21   A.   Sure.
22   Q.   Which would have a greater impact, wind speed or
23        atmospheric stability?
24   A.   There are a couple of parameters, so that question
25        doesn't make a lot of sense.

1    Q.   Okay.  What are those parameters?
2    A.   Atmospheric stability is determined in part by wind
3         speed.  So when wind speeds are very high, you are
4         unlikely to have stable atmospheres.
5    Q.   So you are going to have a more stable atmosphere when
6         the wind speeds are low?
7    A.   Not necessarily, but you can.
8    Q.   Would there be more of a tendency to have a more
9         stable atmosphere when the winds were low?
10   A.   It's not the way I would like to approach the
11        question.  I mean, the stabilities are a result of a
12        number of factors, which include wind speed.  And
13        under certain wind-speed conditions, you can have
14        certain stabilities.
15   Q.   What are the other factors in atmospheric stability?
16   A.   The other factors that determine atmosphere stability,
17        is that what you are suggesting?
18   Q.   Yes.
19   A.   If you use, for example, the models that are
20        represented in my report here, atmospheric stability
21        is a classification system based on the sun angle or
22        the time of the day, and the season.  The insulation
23        and the wind speed using a system that EPA has
24        codified, I suppose, in their conventional Guassian,
25        G-U-A-S-S-I-A-N, plume models.  But there are

1         alternative typing systems for stability.
2    Q.   When you run the modeling, the type of modeling that
3         you ran, which I understand is the ISC model?
4    A.   There were two models that were run in -- well,
5         actually more, but the ISC is one of the models, yes.
6    Q.   The Screen 3 was the other mentioned in the report?
7    A.   The other Guassian plume dispersion model, that's
8         correct.
9    Q.   You said there were more than two?
10   A.   Yeah, I would consider some of the analyses that I
11        provided later on as modeling types of things, but for
12        your purpose, I think these are the ones you're
13        referring to.
14   Q.   What other analyses would you consider as modeling?
15   A.   Well, I take a model quite broadly defined.  So a
16        model, for example, that we have already talked about
17        is represented in the attenuation factors.  This is a
18        type of model.
19             The -- the examples that I provide later
20        on, looking at dilution factors, is a type of
21        model.  This is the sort of things I'm talking about.
22   Q.   I think I understand now.
23             When you run the Screen 3 -- or the ISC
24        model.  Let's start with the ISC model.  When you run
25        the ISC model, do you quantify atmospheric stability

1         during the process of running that model anywhere?
2    A.   No, I don't think I considered quantifying it.  We use
3         an input file which has the atmospheric stability
4         typing system determined for us, but we don't quantify
5         it, per se.
6    Q.   Did you look at what the atmospheric stability was
7         during the plume -- the plume touchdown -- wait, I'm
8         starting over.
9             Did you look at what the atmospheric
10        stability was at the time of the observations in your
11        Table 17  It's the listing of the concentrations.
12   A.   For some of them, I think I did, yes.
13   Q.   What did you find?
14   A.   Well, first of all, Table 4 has the analysis of the
15        ground-level concentrations and prevailing
16        meteorological conditions.  And I can look at that,
17        and infer from the light winds the time of the day,
18        the high sun angle, the lack of precipitation, and so
19        forth, at most likely that we were in unstable
20        conditions for most of those events.
21             I believe I looked at available
22        meteorological data for this, and I can look at the
23        data and indicate whether or not we are likely to be
24        in unstable, neutral, or stable conditions.
25   Q.   It just wasn't an explicit analysis that you provided?

1    A.   No, it wasn't explicit.
2    Q.   Going back a minute.  In the paragraph we were talking
3         about where you were comparing Gavin and Kyger Creek,
4         on page 10, about two-thirds of the way down, you say:
5         Screen 3 predicts that Kyger Creek's worst-case impact
6         would be a factor of 2.26 times lower than Gavin, a
7         difference entirely attributable to the additional
8         plume height obtained at Kyger Creek.
9             If Kyger Creek was a scrubbed plant, would
10        that change your analysis?
11   A.   If you change parameters of the release, then implicit
12        in your question is that scrubbing would change
13        parameters of the release then, yes, the analysis
14        would change.
15   Q.   Okay.  Because you had said "a difference entirely
16        attributable to the additional plume height."  By
17        plume height, do mean the actual plume or the stack?
18   A.   Oh, I see your confusion, sorry.
19             The plume height is the combination of the
20        physical stack height.  And, as you know, the Kyger
21        Creek stack is taller, and then the plume rise, which
22        is the additional height attained as a result of
23        temperature or buoyancy effects and momentum effects
24        coming from the velocity of the plume.  This is
25        referring to the change in plume height, which is the

1      sum of those two.
2  Q.  Okay.  That's what I didn't understand.
3          This gets back to a question I think I
4      asked earlier but I didn't quite get the answer to.
5      I'm on page 11.  It's the first nonitalicized
6      paragraph, the third line down:  I selected the five
7      years of PKB data, 1973 to '77, as the longest and
8      most representative meteorological record available
9      for analysis.
10         Why did you not use the '88 to '92
11     meteorological data that you used for one of your
12     figures?
13 A.  Yeah, as I recall that figure, to be specific, that
14     was the wind rose which was shown as figure 2, was
15     provided directly from EPA.  And I just grabbed that.
16     I don't know for sure that the '88 to '92
17     meteorological data that that is based on, was
18     available conveniently.  That's the primary reason.
19         Both of these data sets are believed to be,
20     you know, reasonably representative, so probably won't
21     make a large difference one way or the other.
22 Q.  What did you do to compare the climatology in the
23     mid-'70s to the current conditions?
24 A.  I looked at some of the distribution data and,
25     perhaps, some other analyses.  I don't recall.

1  A.  It would be a very light wind.
2  Q.  Here you say that July would have the most calms
3      during the ozone season?
4  A.  Is that a question?
5  Q.  Yes.
6  A.  Well, I stated in looking at this record of data, in
7      July there were 25 days of calms -- with calms,
8      rather.
9  Q.  In the bullet point before that, the last sentence of
10     that says:  The frequency of the calms is the highest
11     in July with 122 hours, 16.4 percent of hours in the
12     month.
13 A.  Yeah.  It's slightly higher in July.  It's -- as I
14     stated there, it's 12 percent on an annual basis.  And
15     July is, as I say in the last paragraph, the last
16     bullet sentence in that paragraph, it's 16 percent,
17     16.4 percent in July.
18 Q.  So if the calms are most prevalent in July, does it
19     surprise you that only one measurement from 2002 of a
20     detectable amount was from July?
21 A.  No, not necessarily, because there are other things
22     that are involved as well.  And plume detections, as I
23     indicated to you first, there were systematic problems
24     with respect to the ability to detect the plume, given
25     the monitoring strategy that was selected.

1  Q.  Did you look at other sources to try to get more
2      contemporary meteorological data than the Parkersburg
3      '73 to '77 data?
4  A.  Yes.  I had the on-site data, which I compared
5      to -- you can refresh my memory now -- with the
6      Parkersburg data, and that is contemporary with this
7      time period.
8  Q.  With the '73 to '77 time period?
9  A.  No, no, the on-site data is less five years.
10 Q.  Okay.  So you compared the '73 to '77 to the more
11     current on-site data which you said before wasn't
12     complete enough to use in this analysis?
13 A.  That's correct.  I did some basic distribution
14     statistics.
15 Q.  In your bullet points now, on the second bullet point,
16     you identified July as the month where there would be
17     the most calms.  First, can you define calms for me?
18 A.  Sure.  Calms are simply defined as a period of time
19     where the wind speed is not high enough to,
20     essentially, to make the manometer revolve.  So there
21     is no determination of what the wind speed is.
22     Typically, the wind speed is below a meter or meter
23     and half per second.
24 Q.  So there could be a very, very light wind that's not
25     just being picked up?

1          Second, this is a random process, so the
2      difference between 16 percent in July and, perhaps, 14
3      or 15, or whatever, percent it is in June when you
4      have relatively small sample size, isn't likely to be
5      detected.
6          This analysis also doesn't take account of
7      winds shifts and wind directions and operations at the
8      facility, and so forth.  So you are looking at only 1
9      parameter here, and it's not surprising, given the
10     randomness here and the sampling strategy and the
11     problems that are present, that you found more
12     detections in one month than another.
13 Q.  If the SCRs were operated year-round, would you expect
14     to find more ambient concentrations detected in the
15     ozone season than in the nonozone season?
16 A.  You have to clarify a few things for me.
17 Q.  Okay.
18 A.  First of all, the SCRs, if they were operated
19     year-round, the facility could still have levels of
20     emissions of SO3 and H2SO4 that might vary seasonally,
21     and I don't know what that variation would be,
22     premised on your question to me.
23 Q.  I'm assuming the concentrations from the stack were
24     the same year-round.
25 A.  Okay.  Assuming the emission rate was the same

1     year-round, which would be the same as what you just
2     stated, except that in addition to concentrations we
3     would have the same output of a plant, which is
4     likely, as it's a base-loaded facility.
5                Next, then, the meteorological conditions
6     during the nonozone season vary, clearly.  We have
7     wind profiles, wind rose profiles, for example, that
8     will be quite different from what we saw in figure 2.
9     We have wind speeds which are also quite different
10    from what we see in figure 2.
11    Q.   So I, offhand, have not run that analysis
12    to see whether or not, for example, a dispersion model
13    would predict a higher concentration in one season or
14    another.  I really haven't focused on that.
15               However, your question, in fact, was more
16    limited because you were talking about plume
17    detections.  And there was, essentially, very limited
18    monitoring outside the ozone season.  So, without the
19    monitoring, you wouldn't have any plume detections.
20    Q.   Okay.
21    A.   I take it that my answer would really be contingent on
22         an ability to detect a plume detection.
23    Q.   Assuming that you have same ability year-round?
24    A.   Ability to?
25    Q.   To detect concentrations year-round, can you opine as

1     to whether there would be more or less detectable
2     plumes in the ozone season without running that more
3     detailed analysis?
4     A.   You said "year-round" and then you said "in the ozone
5         season."
6              MS. CRABTREE:  Can you repeat to me that
7         back?
8              (The requested portion of the record was
9              read by the reporter)
10    BY MS. CRABTREE:
11    Q.   I will ask it better.  If you had the same ability to
12         detect the plume year-round, would you, in general,
13         expect more plume touchdowns in the ozone season, all
14         other things being equal?
15    A.   Yeah, I think I would, with plume touchdowns defined
16         as occurring in the local vicinity.  And the reason
17         for that is that the stability conditions, to come
18         back to that, during the rest of the year when the
19         wind speeds are higher, when the insulation is lower,
20         i.e., it's not summer, so the sun is not overhead, and
21         the likelihood of inversion conditions also is going
22         to be different as well, would probably lead to
23         greater dispersion of the plume and, thus, lower
24         ground-level concentrations.
25              But I haven't run that analysis to confirm

1     that, and there is always the chance that you will
2     have an unusual condition in September, something like
3     that, that might produce a high concentration.
4     Q.   Do you believe there will be a plume touchdown every
5         time there is a calm?
6     A.   I would say that is unlikely.
7     Q.   What percentage during the ozone season would you
8         expect there to be a plume touchdown when there is a
9         calm?
10    A.   I don't have the information to provide that answer.
11    Q.   Is it your opinion that any detect -- any plume
12         touchdown is a health hazard?
13    A.   Plume touchdown definition is kind of vague to me.  If
14         you can be a little more precise on that, because we
15         have been using plume touchdown to mean a number of
16         different things here.
17    Q.   What do you consider to be a plume touchdown?
18    A.   I think a plume touchdown is an event which causes a
19         high ground-level concentration in the vicinity of the
20         facility extending to some distance.  And,
21         technically, I'm a little uncomfortable with touchdown
22         because normal dispersion of the plume would lead to
23         patches or plume borders or boundaries or tails of the
24         plume impinging on the earth surface, or near the
25         earth surface, while much of the plume is still far

1     overhead.  So you can, in fact, produce ground-level
2     concentrations that are measurable even though much of
3     the plume is still well above.  And, you know, the
4     common vernacular, you sort of think of a plume as a
5     liquid stream, or something like that, just pouring
6     down to the ground.
7              Well, in this case a few droplets, if you
8         would like to use that analogy, have dispersed down to
9         the ground.  Whether that is a plume touchdown event
10        or not, I'm not hung up on the semantics.
11             From the health-science perspective, I care
12        about what is the ground-level concentration, whether
13        or not you call it a plume touchdown.
14    Q.   Okay.  Let's call it a high ground-level
15         concentration.  How high a ground-level concentration
16         would you consider a health hazard?
17    A.   In the report, I go through a number of different
18         concentration ranges that might be considered as
19         benchmark values, if you will, or guideline values,
20         and something on the order of 100 micrograms per cubic
21         meter is, say, a level of concern, something on that
22         range.  I'm sure we will talk a lot more about that.
23    Q.   We will get there.
24    A.   For the purpose of just moving our discussion here,
25         I'm just going to provide that number.  I don't want

1    to be pinned to that particular number at this point,
2    but just to move things along.
3  Q.  In your opinion, is any ground-level concentration of
4    100 micrograms per cubic meter or above a cause for
5    concern?
6  A.  It could be, yes.
7  Q.  Under what circumstances could it be?
8  A.  Well, if there is an exposure that's occurring, it
9    would be of concern.
10 Q.  But if there was no one there, it wouldn't be of
11   concern?
12 A.  If there is no one there, it would not be a health
13   concern.
14 Q.  A tree falling in a forest?
15 A.  To humans.
16         MR. BAILEY:  You have to define no one.
17         MS. CRABTREE:  No humans.
18 BY MS. CRABTREE:
19 Q.  Do you have any understanding of the future operating
20   plans at the Gavin facility?
21 A.  Yes.
22 Q.  What's your understanding?
23 A.  My understanding is that the facility will continue to
24   operate; that they are changing out the catalyst in
25   the spring, I think, of this year in one of the units;

1    and other than that, it's business as usual, I
2    believe.
3  Q.  What about year-round operation of the SCRs, do you
4    have any knowledge/understanding of whether that will
5    happen?
6  A.  I haven't seen anything specific that would -- on that
7    matter.  My understanding is that the SCRs will
8    operate during the ozone season, and it's -- I have no
9    specific information with respect to Ohio EPA's policy
10   on that.
11 Q.  Okay.  Why would that implicate Ohio's EPA policy?
12 A.  My understanding is that it states monitoring ozone
13   during the ozone season and are, in fact, somewhat
14   reluctant to extend monitoring into the nonozone
15   season.
16         It's the state's monitoring that determines
17   compliance or noncompliance with the national ambient
18   air quality standards.  States are not particularly
19   eager to increase their costs of monitoring and, in
20   particular, have the possibility discovering they are
21   not in compliance during the nonozone season.
22         MS. CRABTREE:  I'm at a good stopping point
23   before we jump in dispersion modeling, if we want to
24   take a quick break.
25         MR. BAILEY:  Sure.

1         (A recess was taken)
2         MS. CRABTREE:  Back on the record.
3  BY MR. CRABTREE:
4  Q.  I want to move now toward the dispersion modeling
5    section of your report, section 2.3.  How often do you
6    engage in modeling of this sort.  By this sort, I mean
7    dispersion modeling.
8  A.  Frequently.
9  Q.  How frequently?
10 A.  I have probably modeled hundreds of facilities in
11   applications over the years.
12 Q.  Do you run the models yourself?
13 A.  Not necessarily.
14 Q.  Do you usually run the modeling yourself?
15 A.  Sometimes I run the model myself; sometimes I have
16   students run it.
17 Q.  Did you run this model yourself?
18 A.  I believe I ran this one myself.
19 Q.  When you do dispersion modeling, do you usually run
20   the ISC model?
21 A.  Often; not exclusively.
22 Q.  What other models, dispersion models, do you use?
23 A.  ISC is being phased out in a bit, so we are using Air
24   Mod now.
25 Q.  That was November of last year that Air Mod was

1    approved by EPA or added --
2  A.  No, it's been out there for a little while, but in
3    terms of being an approved or recommended guideline
4    model, I don't know the exact date when the EPA has
5    made that recommendation.
6  Q.  What time period did you conduct your ISC modeling?
7  A.  In the fall last year.  I don't recall the exact date.
8  Q.  Other than the ISC model and Air Mod, do you use any
9    other dispersion models?
10 A.  Yes, there are a variety of different models.  I mean,
11   Caline is another model, for example, C-A-L-I-N-E.
12 Q.  Why didn't you run Air Mod on the Gavin data for this
13   case?
14 A.  First of all, I was just interested in replicating the
15   analysis that was performed for Gavin and approved by
16   Ohio EPA.
17         Second, I had the input files, or very
18   close facsimile to the input files, making the
19   application quite easy to run.
20         And, third, it's a fair amount of work to
21   port it over to another model, and resources weren't
22   available to me to do that.
23 Q.  Do you have any sense of whether your results would
24   have been different if you had used Air Mod?
25 A.  Yeah, they probably would differ some.  I haven't run

1    the Air Mod in this application, so I didn't know
2    offhand how much they would differ.
3    Q.  Do you know if they would tend to predict higher or
4    lower concentrations?
5    A.  I don't know that offhand.  I haven't run the model,
6    as I stated.
7    Q.  You said you had the input files for the ISC models.
8    Where did you get those from?
9    A.  That was on some of the electronic files that were
10    obtained in discovery.
11    Q.  So they came from the defendant?
12    A.  Well, they came via Jim Hecker, wherever he got them
13    from.
14    Q.  I think I know where they came from then.
15    The first nonitalicized paragraph, 2.3,
16    page 12, you say that you used a stack gas
17    concentration for SO3/H2SO4 of 17.5 ppm.  That's parts
18    per million, right?
19    A.  That's correct.
20    Q.  Why did you use 17.5?
21    A.  I think what I tried to do is essentially replicate
22    the modeling that was performed by Ohio EPA, and as
23    stated in the same paragraph that you just quoted, I
24    believe that provided the emission rate of
25    approximately 122 grams per second at each stack.

1    When you convert that to a ppm concentration, you get
2    approximate 17.5.
3    Q.  You said that you tried to replicate the model, did
4    you ever see the output files from that modeling?
5    (Discussion off the record)
6    BY MS. CRABTREE:
7    Q.  Go ahead.
8    A.  The question was did I ever see the output files.  I
9    saw output files of dispersion modeling runs provided
10    by Jim Hecker.  I don't recall offhand whether those
11    were run by Ohio EPA or by the Ohio Power, but they
12    were outputs that I did see.
13    Q.  Did you compare your outputs to the output files that
14    you had?
15    A.  These files were very large.  I compared part of them,
16    anyway, to what I had.
17    Q.  Did they generally match those other output files?
18    A.  I think they did.
19    Q.  Why didn't you just use the output files that you had?
20    A.  Well, first, I'm interested in replicating the data to
21    provide some degree of assurance that things are okay.
22    Second, I'm also interested in working with
23    the data a little bit, and the output files that were
24    provided are in a -- I'm not sure if they were in a
25    PDF format, or whatever, but it wasn't very convenient

1    to work with and compile some of the statistics.
2    Third, I'm interested in providing some
3    degree of sensitivity analysis to see, as we discussed
4    earlier, what would be the impact of changing from
5    Parkersburg to another meteorological database to see,
6    in fact, if results are abnormally sensitive to an
7    input.  I think those are the major reasons.
8    Q.  Okay.  You note on the last paragraph on this page:
9    The highest one-hour H2SO4 concentrations over the
10    four-year period range from 109 to 130 micrograms per
11    cubic meter.
12    You mentioned earlier that usually you use
13    five years of meteorological data.  Why did you only
14    use four years here?
15    A.  Yeah.  I think what happened was for a period of time
16    I could not locate the fifth year of data.  That's why
17    that was not run.  I think subsequently I may have
18    located that data, and it doesn't change the results
19    in any substantial way, but I think that's what
20    happened in that case.
21    Q.  You say:  The highest one-hour concentrations range
22    from 109 to 130 micrograms per cubic meter.
23    Does that mean 130 micrograms per cubic
24    meter would be the maximum expected ground-level
25    concentration over a one-hour period?

1    A.  That is the maximum predicted one-hour concentration
2    over that simulation period of four years.
3    Q.  Going back to your Table 1, the second to last column,
4    it looks like all of the concentrations in micrograms
5    per cubic meter for the 2002 data are well over the
6    130 micrograms per cubic meter, but they all tend to
7    have close to a one-hour duration.  Did that cause you
8    concern as far as the validity of your modeling
9    outputs?
10    A.  No.
11    Q.  Did it cause you concern as to the validity of the
12    2002 data?
13    A.  The monitoring data?
14    Q.  Yes.
15    A.  Not directly, no.
16    Q.  Why?
17    A.  As I explained at some length in the report on pages
18    13, I think, and 14, and on page -- well, extensively
19    limited -- largely limited to those two pages, there
20    are a number of limitations in the dispersion modeling
21    that can cause the predicted concentrations to
22    underpredict the concentrations that occur in the
23    vicinity of the Gavin facility.
24    Q.  Now, can you turn to Table 5 for me, please, in the
25    back of your report.  This table is labeled predicted

1      highest and second highest one-hour and 24-hour H2SO4
2      concentrations from 1974 to '7 disperse modeling.
3              What I didn't understand was under the
4      concentration column, it says micrograms per cubic
5      meter.  At the bottom, you have an average of 10.4 and
6      6.6.  What do those numbers mean?
7   A.  Okay.  If you look under the entry one-hour
8      concentrations --
9   Q.  Uh-huh.
10  A.  -- then we have the first and second high for the four
11     years, so there should be eight rows of data there.
12  Q.  Yes.
13  A.  Then there is an average 1 and 2, so that represents
14     the average high and the average second high for the
15     one-hour data.
16             The next eight lines are the 24-hour data,
17     and following that we have the average 1 and 2, and
18     that's the average highest and second highest
19     24-hour concentration.
20  Q.  So your average 1 is an average of all of the ones
21     labeled 1 in the lines above?
22  A.  That's correct.
23  Q.  Okay.  I just wanted to be clear --
24  A.  For only that subset.  Maybe a line between the
25     1-hour and the 24-hour parts would help you.

1   Q.  I just drew one.
2   A.  Okay.
3   Q.  So the average concentration -- one-hour concentration
4      at the parameters that you modeled would be 121.1
5      micrograms per cubic meter?
6   A.  That's the average of the four highest, the
7      annual -- the annual maximum.
8   Q.  And the average of the 24-hour concentrations, the
9      highest ones, was 10.4 micrograms per cubic meter; is
10     that correct?
11  A.  That's correct.
12  Q.  Why is the 24-hour concentration so much lower than
13     the 1-hour concentration?
14  A.  The answer is because the wind is unlikely to be in
15     the same direction for all 24 hours of the day, and
16     the other factors that affect dispersion are
17     completely unlikely to be the same and, thus, you have
18     basically the plume going in all different directions
19     over a 24-hour period, but the average 24-hour
20     concentrations is taken only at one location.  So you
21     are essentially just not following the plume.  You are
22     at just one location.
23  Q.  All right.  Going back to your text, a question about
24     footnote 8, on page 12, just to go back for a moment.
25     Footnote 8 -- hold on one second.

1              This actually goes back up to the paragraph
2      above, 2.3, you say:  2004 TRI data shows a large
3      increase in emissions over 2002.
4              Do you know if one or both SCRs were
5      operating in 2003?
6   A.  I think footnote 8 states that both units had
7      operating SCRs in 2004 and only one operating SCR in
8      years 2002 and 2003.  I think that's correct.
9   Q.  You assumed just one SCR in 2003?
10  A.  That's correct.
11  Q.  Okay.
12  A.  But I don't have any data from 2003 anyway, other than
13     the TRI data.  So it's kind of irrelevant to the
14     answer.
15  Q.  If you have calm surface winds at ground level, does
16     that mean you will have calm winds at stack height?
17  A.  We talk about calms as winds that are not measurable
18     at the height of the instrumentation.  And certainly
19     you can have different conditions prevailing aloft.
20     But we don't talk about calm surface winds because
21     calms are a no-win condition and winds are a windy
22     condition, so it's kind of an oxymoron.
23  Q.  Would winds tend to be heavier at plume height versus
24     ground level?  Or "higher" is probably the better
25     word.

1   A.  The velocity of the wind is normally higher as you go
2      up, or at least not lower, due to diminished coupling,
3      but it's certainly possible to have calms aloft as
4      well.
5   Q.  On page 14, at the very top there is a bullet point
6      there, and actually preceding text to that, there is a
7      bullet point before that on page 13, and you are
8      talking -- this is in a section called dispersion
9      modeling has major limitations.  There you say:  The
10     periods of less than one area -- excuse me.
11             Periods of less than one hour are not
12     modeled; thus, precluding comparison with short-term
13     occupational standards and guidelines.
14             Do you see where I'm at?
15  A.  Page 14?
16  Q.  Yes.
17  A.  Yes.
18  Q.  But later in your report, you had recommended -- on
19     page 21 of your report, the second bullet point under
20     2.6.1, you specifically recommend a one-hour emission
21     limit.  I guess my -- a short averaging period, excuse
22     me, specifically to one hour.
23             Why do you say in this section that an
24     averaging period of one hour is recommended, but here
25     you say that there needs to be a shorter averaging

1      time with the modeling?
2   A.   I think you can get more stringent and, in fact,
3        require a shorter averaging period for monitoring that
4        would be fine, that would preferable.
5             In general, there would be relationship
6        between a 15-minute emission number and a 1-hour
7        emission number if you have an excursion during a
8        15-minute period that is going to be reflected in a
9        higher 1-hour average as well.
10            So, yeah, I mean, if you had a, you know,
11       the availability to take even shorter time period for
12       monitoring that would be preferred.
13            That's typically done with things like
14       opacity limits, for example, which might be specified
15       as short as seven minutes.  So if you could do that,
16       that would be preferable.  Probably one hour will
17       provide a degree of protectiveness, which is suitable.
18  Q.   But the shorter the averaging time the better, in
19       general?
20  A.   The better would depend to the attribute of concern.
21       It's challenging, more challenging, to take
22       high-accuracy measurements with a shorter averaging
23       time.  It would be more expensive, and so forth.  So,
24       overall, I'm trying to provide some balance between
25       what I think is a reasonable balance between being

1        protective and being feasible and technically
2        responsible, and so forth.
3   Q.   Back to page 14, on the third bullet point at the top,
4        before we get to 2.3.3, the dispersion
5        modeling assumes a constant emission rate in near
6        maximum stack gas exit velocity over the modeled
7        period.  As discussed below, this is clearly not the
8        case, as much higher missions and lower exit
9        velocities regularly occur, both of which will
10       increase ground-level concentrations.
11            Have you simulated this in your modeling,
12       where a higher emission -- higher emissions are
13       associated with lower exit velocities?
14  A.   No, I don't need to simulate that.  The output of the
15       model is proportional to the emission rate.  So if, in
16       fact, I know that emissions go up by, say, 10 percent
17       and the ground-level concentrations will go up by 10
18       percent, I don't need to simulate that.
19  Q.   Have you ever seen a situation where lower loads on a
20       unit produced higher ground-level concentrations?
21  A.   For Gavin?
22  Q.   Ever.
23  A.   I can't recall for ever.  Certainly we can run the
24       modeling and simulate that the effect would, in fact,
25       produce a higher concentration if the emissions go up

1        more than the reduction due to the decrease in load.
2   Q.   If the emissions go up more than the reduction than
3        the decrease in load --
4   A.   In other words, at Gavin, for example, there are cases
5        which I think are specified that look further in this
6        section where at nighttime, for example, there is a
7        decrease in load, and I think I specified where this
8        is.
9   Q.   I think you are talking about the first bullet point
10       in the footnote in 2.3 --
11  A.   That's correct.  I didn't look at the footnote.  So
12       the volumetric flow decreased, as it says in the
13       footnote, from 25 to 40 percent; but, in fact, the
14       ppms at the stack increased a larger percentage than
15       the decrease in load.
16            The decrease in load will reduce the
17       volumetric flow, which will reduce the plume rise, and
18       so forth.  And I didn't simulate this.  The model was
19       run with a constant emission rate.  But in this case,
20       this is an example of where that might happen.
21  Q.   You based these numbers and this analysis on this
22       Excel spreadsheet that is identified in the first
23       nonitalicized paragraph of 2.3.3?
24  A.   I believe I did.
25  Q.   Do you know what that spreadsheet is?

1   A.   It's a spreadsheet giving parameters of emission rates
2        during that particular year.
3   Q.   Did you research any of the parameters in the
4        spreadsheet, or was it just an output in parts per
5        million?
6   A.   Well, I researched -- I don't know exactly what you
7        mean.  But I looked at the spreadsheet, and it
8        indicated over a period of time, which I don't recall
9        exactly, perhaps it was most of the 2004 ozone season,
10       estimates of what the SO3 concentration would be in
11       the stack on an hourly basis.  I think it was actually
12       sheets in that spreadsheet that included the two units
13       at Gavin.
14            So I'm aware that it's not monitored on an
15       hourly basis.  In fact, SO3 is monitored infrequently
16       at the facility.  So that is a modeled or estimated
17       concentration of SO3, I'm aware of that.
18  Q.   So it wasn't based on any kind of continuous emission
19       monitor or --
20  A.   As you are well aware, there is no continuous emission
21       monitor of SO3 at this facility.
22  Q.   Is there any available continuous emission monitor for
23       SO3?
24  A.   There are technology that promise, and perhaps can
25       deliver on, SO3 measurements in a near-continuous

1    manner.  As I'm aware also, I believe, in 2001 an
2    attempt was made to utilize one of these at Gavin and,
3    for a number of technical reasons, it didn't work out
4    very well.  I don't believe that is a proof of
5    instrumentation or technology, for quite a few
6    reasons.  We can get into that as well.
7  Q.  Actually, I would like to.
8        You said they tried a continuous emission
9    monitoring in 2001, but it didn't work out.  Do you
10   know what that was?
11 A.  What the technology was?
12 Q.  What the technology was.
13 A.  I believe they used FTIR, which is Fourier Transform
14   Infrared Spectroscopy, F-O-U-R-I-E-R.
15 Q.  And, to your understanding, why was that effort
16   ceased?
17 A.  I'm sorry?
18 Q.  To your understanding, why was that effort ceased?
19 A.  Ceased?
20 Q.  Ceased.
21 A.  I think it was a trial, short-term trial, a couple of
22   weeks perhaps, and there were, sort of, no end of
23   technical snags, that meant results were unacceptable
24   to, I guess the client, being either AEP Ohio Power or
25   EPCRA.  I'm not quite sure who was the sponsor of that

1    technologies like FTIR can certainly be applied in a
2    setting, if you are willing to spend the time and
3    money and resources to optimize that and make them
4    work.  So just because there may not be a facility
5    with continuous monitoring, it doesn't mean that the
6    technology doesn't exist.
7  Q.  Also on page 14, the third bullet point under 2.3.3,
8    you mentioned excursions well over the 20 parts per
9    million target are common.
10       Where do you get that 20 parts per million
11   is a target?
12 A.  In fact, in further review of materials that have
13   become available since this report was put together,
14   in particular, I guess, the deposition of Rob Osborn,
15   he talks about targets per stack, per year, that vary
16   from this target.
17       This, I believe, I got by using the 2001
18   data, which talked about 19 to 22 ppm as being a
19   target, and so on.
20       I believe on some of the PowerPoints in the
21   other materials we looked at, there was explicitly
22   stated a 20 ppm, but I didn't document, unfortunately,
23   where that 20 ppm came from.  But we are in the realm
24   of the range of things that are consistent with this
25   case.

1    particular trial.
2        It looks, in examining a little bit of the
3    data, a little bit of the results, that it wasn't what
4    I would say the best effort that could be put forward.
5  Q.  Why do you say that?
6  A.  Well, I don't recall all the details, but they had,
7    for example, issues with the sampling line melting,
8    with condensation problems, with other kinds of, you
9    know, fairly basic but troublesome issues that
10   resulted in malfunctions and failures.  And had they
11   thought a little bit more about it, I think you would
12   be able to avoid those types of problems.
13 Q.  Are you aware of any coal-fired electric utility in
14   the United States that uses a continuous emission
15   monitor for SO3 or H2SO4?
16 A.  I haven't researched that.  I did see EPCRA has had a
17   program to try to evaluate those various technologies.
18   I think they focused on FTIR, but I can't say that I
19   know what is happening across the U.S., as is pretty
20   well understood.  I mean, it's not been a concern
21   until recent years.
22       It takes some time to develop a technology
23   that is robust or hardened enough to be able to
24   provide the kind of performance that you like to see.
25       On the other hand, the promise of

1  Q.  You said you reviewed Rob Osborn's deposition
2    transcript?
3  A.  I skimmed it fairly quickly in the last couple of
4    days.
5  Q.  Did you look at anyone else's deposition transcript?
6  A.  Yeah, as I stated on the outset here, I reviewed a few
7    of the other depositions as well.
8  Q.  Do you remember the names?
9  A.  Let's see, the plant manager.  His name -- I'm going
10   to need some help here.
11 Q.  I can give you names and you can tell me whether or
12   not you have seen the deposition.
13 A.  Sure.
14 Q.  I won't try to make it harder.  Jeff Lytle?
15 A.  I skimmed his deposition.
16 Q.  Jeff Navotny (phonetic)?
17 A.  No, I don't believe I have seen that.
18       MR. BAILEY:  We just got that.
19 BY MS. CRABTREE:
20 Q.  I do think we just got that.  We are still missing
21   one, which I know you couldn't have seen.
22       So Rob Osborn, Jeff Lytle.  Did you look at
23   any of the CAP member depositions?
24 A.  No, I don't think I have seen those.
25 Q.  That would be Stinson, Mulford or Thompson.

1   A.   In the past couple of weeks, no, I haven't seen those.
2   Q.   Okay.  On page 15, you say that your modeling is not
3        intended as a substitute for advanced modeling
4        techniques that can represent plume touchdowns or more
5        complete monitoring.
6             What other modeling techniques would you
7        use to more accurately model those things?
8   A.   In this report I didn't get into detail and didn't do
9        a review of the kinds of modeling techniques that are
10       or could be appropriate.
11            What is fairly clear is that the conditions
12       that cause plume to descend to or near the ground in a
13       way which deviates from a Guassian plume behavior is
14       represented in a model, like ISC, requires some
15       advance type of modeling technique.
16            Some of the computational fluid dynamic,
17       CFD, models, for example, might be able to do that.
18            These are fairly advanced types of
19       applications and well beyond the scope of what I would
20       be able to prepare for a report like this.
21  Q.   How much effort would it take to run a CFD model?
22  A.   It's hard to answer that.  First of all, it requires
23       probably better meteorological data on-site than what
24       we have.  And so, the first step would be to develop,
25       you know, better database.

1             After the data exists, then it's a fairly
2        straightforward process, but a time consuming and
3        involved one, to develop the kinds of flow fields and
4        dispersion parameters that you need.  But probably
5        most critically what you would like to have is some
6        validation that the model works as you intend it to
7        work.  So that requires additional monitoring as well.
8        So all of those things add up to a fairly extensive
9        effort.
10  Q.   Would you need to actually go out and do more
11       monitoring for that type of a model?
12  A.   Strictly speaking, you can run a model without
13       additional monitoring.  But, as I indicated, I would
14       like to be able to validate that the model -- as the
15       models get more complex, I like to have more assurance
16       that they work properly.  So monitoring is one of the
17       better ways to get those assurances.
18  Q.   I'm sorry, flipping back to 14 for a second.  In the
19       footnote 9, you have:  As nighttime dispersion is
20       often reduced from daytime, this may cause a triple
21       whammy.
22            What do you mean by nighttime dispersion is
23       reduced from daytime?
24  A.   Unstable conditions generally exist during the daytime
25       when we have solar heating heating the ground surface,

1        causing a larger temperature gradient, conditions we
2        refer to as superadiabatic,
3        S-U-P-E-R-A-D-I-A-B-A-T-I-C.
4             These are likely responsible for some of
5        the touchdown conditions, or plume touchdown
6        conditions, in the fumigation case that we see at
7        Gavin facility.
8             At nighttime, those conditions are
9        generally less likely.  We have meteorological
10       conditions prevailing that are characterized as stable
11       conditions, typically, where there is relatively
12       little dispersion.
13            In most cases, that will keep the plume
14       confined to a fairly narrowed vertical extent, meaning
15       that since the stacks are quite tall, if the plume
16       doesn't come to the ground level, the concentrations
17       are, essentially, in a fan or in a plume that is well
18       overhead, not reaching to ground level.
19            However, the topography has some rises in
20       the area and there can be conditions that still cause
21       a degree of subsidence in the plume.  If that were to
22       happen, then the conditions could be higher at
23       nighttime.
24            It's not unusual to find for elevated point
25       sources like Gavin, that the highest ground-level

1        concentrations occur at some distance from the
2        facility at locations of higher elevations.
3             In those types of facilities, or those
4        types of cases, often higher concentrations occur at
5        night.
6             Now, at Gavin, it's more complicated.  We
7        have conditions occurring during the daytime that
8        bring the plume, due to these fumigation, or other
9        conditions during unstable classes, to the ground that
10       cause high concentrations that we have noted during
11       the daytime.  But, of course, there hasn't been much
12       nighttime monitoring anyway, and most of the concern
13       has been very close to the facility, within a few
14       miles or kilometers, 10 kilometers, something like
15       that.
16  Q.   You mentioned fumigation case, can you explain to me
17       what that is?
18  A.   Yeah.  Fumigation case might be thought of as
19       atmospheric conditions that essentially cause rampant
20       downward dispersion, bringing the plume to the ground
21       with limited dispersion above the stack height.  So,
22       essentially, the plume is concentrated more at ground
23       level.
24  Q.   Do you know what the current H2SO4 level from Gavin
25       stack is?

1    A.    In 2006?

2    Q.    2005.

3    A.    You mean last year's numbers?

4    Q.    Yes.

5    A.    Target levels?

6    Q.    Actual levels.

7    A.    No, I don't believe anyone really knows.  The

8          monitoring is not continuous, and I haven't seen any

9          specific monitoring for 2005.  Based on the targets

10         that I have seen, the concentrations, I think, are on

11         the order of 10 to 14 ppm.  And I think that comes out

12         of Osborn's deposition, but I haven't seen any backup

13         of that, so that's his opinion.

14   Q.    Now, on page 15, in the second nonitalicized

15         paragraph, the first sentence of that:  SO3 stack

16         concentration of 17.5 parts per million is equal to an

17         ambient H2SO4 concentration of about 70,000 micrograms

18         per cubic meter.

19   A.    I'm sorry, which -- oh, paragraph 3.

20   Q.    Yes.  You refer to this as an ambient H2SO4

21         concentration.  Wouldn't this 70,000 micrograms per

22         cubic meter actually be the concentration at the stack

23         outlet?

24   A.    Sure.

25   Q.    That would disperse before it would touch down, if at

1          is 10 at one facility and, I think, 14 at the other.

2    Q.    I understand.  Paragraph 5, you mention a mixing

3          height of 300 meters.  Where does that come from?

4          Sorry, I'm in the paragraph that starts:  The first

5          approach utilizes --

6    A.    Right, yeah.  I selected a somewhat higher than the

7          Gavin stacks.

8    Q.    Why?

9    A.    I'm illustrating here the magnitude of the emissions

10         and the need for a high dilution factor to produce

11         ground-level concentrations that are very low.  These

12         are a number of examples to illustrate the kinds of

13         scenarios that can -- well, there are number of

14         scenarios that are designed to illustrate the dilution

15         factors that we have.  So I'm picking numbers that I

16         think will illustrate those points.

17   Q.    Would you expect that to be the actual mixing height?

18   A.    No.

19   Q.    What would you expect to be the actual mixing height

20         on a high-ozone day?

21   A.    Mixing height also vary over the day and night, and

22         over the season.  And the answer is, it depends on

23         many factors.  In general, in this part of the region

24         in the summer, morning mixing heights are probably on

25         the order of 1,000 meters, something like that.

1          all, in the surrounding area, correct?

2    A.    Ideally, we like a lot of dispersion.

3                Just to clarify one thing on my previous

4          answer with respect to what the actual emissions are,

5          I think it's important to recognize that these

6          emissions are likely to vary from hour to hour and

7          season to season, and so forth.

8                When I indicated that I -- in my review of

9          Osborn's deposition, that he said the targets were 10

10         to 14, this sort of a long-term average that

11         represents, again, a predicted output.  So

12         fluctuations are going to occur from that number on a

13         short-term basis that will cause levels potentially to

14         be considerably higher or, possibly, considerably

15         lower.

16   Q.    That 10 to 14 he designated was during the operation

17         of SCRs; is that correct?

18   A.    That's my understanding.

19   Q.    Okay.

20   A.    But that 10 to 14 is not the range I'm talking about;

21         rather, is the estimate of the expected output from

22         one stack and from the second stack.

23               In other words, short-term fluctuations can

24         cause it to, say, go to 20, to 30, or go to 5, but on

25         the long-term average, his opinion is that the average

1                Later in the day -- actually, that's kind

2          of a afternoon-time measurement.

3                At nighttime, they will drop.  In the

4          afternoon, they will rise.  And I don't recall the

5          exact number.  It's going to depend on the site that

6          you look at, but it -- you know, that's an average.

7                For a particular period of time, it can

8          certainly be much lower.  You can have mixing heights

9          that are 300, 200 meters, whatever.  So it's going to

10         vary.  But the expectation is, thankfully, we have a

11         much higher mixing height, otherwise we would have

12         very severe pollution problems very frequently.

13   Q.    The bowl that you described that the plants are kind

14         of sitting in, for purposes of illustration, it seems

15         like you are using what you call a simple closed-box

16         model.  In actuality, wouldn't winds be flowing

17         through that bowl?

18   A.    Yes, exactly.  That's the second -- the next

19         paragraph --

20   Q.    Okay.

21   A.    -- where I assume wind is blowing through the box.

22   Q.    Okay.  Where you say -- where it says the third

23         approach, the last paragraph on this page, you said:

24         The necessary dilution factor of 583 is obtained by

25         increasing the cylinder's diameter to 309 meters.

1       Is it your opinion that the diameter of the
2   stacks at Gavin should be increased?
3   A.  No.
4   Q.  Okay.  Obviously not to 309 meters, but at all?
5   A.  They could probably accommodate that on the site, but
6       it's not at all the intent to do anything like that at
7       all.
8   Q.  Again, this was just illustrative?
9   A.  No.  I think you are misinterpreting what I'm trying
10      to do here.  The idea here is to visualize the plume
11      as leaving the stack, which is 12.8 or 42 feet in
12      diameter and, essentially, turning horizontal.  So it
13      comes out vertically and then turns horizontally.
14          And just as a way to imagine what the plume
15      would look like and how large the plume would have to
16      be to produce, let's say, acceptable
17      ground-level concentrations.  It's just a way to
18      illustrate the dilution ratio that is needed.
19  Q.  Okay.
20  A.  Increasing the diameter to that magnitude would cause,
21      in fact, things to get much worse.
22  Q.  Why do you say that?
23  A.  Well, assuming you had the amount of cement, and
24      everything else that it would take to build a
25      structure like that or, I guess, that would be a

1   stadium, with a very narrow aperture, you would be
2   looking down, releasing a plume, then the velocity
3   that comes out that plume would be miniscule.
4       As soon as it would come out, it would be
5   picked up in what we call downdrafts, or plume
6   downwash, we would likely bring it down to the ground;
7   and that's exactly the wrong thing to do.
8   Q.  Is it your opinion that the stacks at Gavin should be
9       higher?
10  A.  I didn't offer an opinion with respect to that.
11  Q.  Okay.
12  A.  In this -- in this description here, these are
13      examples that are using what is there at present.
14      Increasing a stack height, of course, would tend to
15      lower ground-level concentrations.  But then you have
16      GEP concerns to deal with at EPA.
17          MS. CRABTREE:  It's 5:00 now.  I have about
18      20 minutes until we would get to health effects.  Do
19      you want to go that far or -- I'm at a stopping point
20      now, if you want.
21          MR. BAILEY:  Are you ready to stop?
22          THE WITNESS:  It's overtime for me.
23          MR. BAILEY:  You got it.
24          THE WITNESS:  I don't remember.
25          MR. BAILEY:  Are you progressing as you

1   expected?
2           MS. CRABTREE:  Yes.
3           MR. BAILEY:  As long as it doesn't affect
4   your time to end tomorrow.
5           MR. BAILEY:  Off the record for a second.
6           (Deposition adjourned at 5:10 p.m.
7           Signature of the witness was requested)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Citzens Against Pollution v. Ohio Power Company
Deposition of Stuart Batterman, Ph.D.

January 5, 2006

97

```
 1                    CERTIFICATE OF NOTARY

 2        STATE OF MICHIGAN   )

 3                            ) SS

 4        COUNTY OF OAKLAND   )

 5

 6             I, Karen Klerekoper, a Notary Public in

 7        and for the above county and state, do hereby certify

 8        that the above deposition was taken before me at the

 9        time and place hereinbefore set forth; that the

10        witness was by me first duly sworn to testify to the

11        truth, and nothing but the truth; that the foregoing

12        questions asked and answers made by the witness were

13        duly recorded by me stenographically and reduced to

14        computer transcription; that this is a true, full and

15        correct transcript of my stenographic notes so taken;

16        and that I am not related to, nor of counsel to either

17        party nor interested in the event of this cause.

18

19

20

21             Karen Klerekoper, CSR-4250, RPR

22

23             Notary Public,

24             Oakland County, Michigan

25        My Commission expires:  10/7/06
```

# PATRICIA MURRAY & ASSOCIATES, INC.
## The Court Reporters

Offices in Brighton
& Ann Arbor

10524 East Grand River
Brighton, MI 48116

810-229-8238
800-875-8238
Fax   810-229-5789
Pat@murrayreporting.com

Date: 6/19/06

TO : Molly S. Crabtree
      Porter, Wright, Morris, and Arthur

Re:   CASE: Cap v. Ohio Power  Company

      DEPONENTS: Stuart Batterman, Ph.D

      DATE: 1/5/06, 1/6/06

Enclosed please find the original transcripts of the above deposition(s) and attendant exhibits, if any.

☐   The errata sheet and signature page are enclosed.

☒   There has been no response from the witness.  We are forwarding the original to you, assuming that signature has been waived.

Sincerely,

Patricia Murray & Associates