# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CITIZENS AGAINST POLLUTION,**

       **Plaintiff,**             Case No. C2-04-CV-371
                                       **JUDGE GREGORY L. FROST**
   v.                                 Magistrate Judge Abel

**OHIO POWER COMPANY,**

       **Defendant.**

## ORDER

The Defendant's Motion *in Limine* (Doc. # 87) shall come on for a non-oral hearing on August 10, 2006 at 8:00 a.m.

**IT IS SO ORDERED.**

                                             /s/ Gregory L. Frost
                                             GREGORY L. FROST
                                             UNITED STATES DISTRICT JUDGE