# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CITIZENS AGAINST POLLUTION,**

    **Plaintiff,**                               Case No. C2-04-CV-371
                                             JUDGE GREGORY L. FROST
    **v.**                                                   Magistrate Judge Abel

**OHIO POWER COMPANY,**

    **Defendant.**

## ORDER

At the Court's August 15, 2006 final pre-trial conference, the parties jointly moved the Court to unseal Doc. # 84 and Doc. # 86.  The Court **GRANTS** the oral motion, and **ORDERS** the Clerk to unseal those documents.

    **IT IS SO ORDERED.**


                                                  /s/ Gregory L. Frost

                                                  **GREGORY L. FROST**
                                                  **UNITED STATES DISTRICT JUDGE**