**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Citizens Against Pollution

vs    Case No. C2-04-371

Ohio Power Company    **Judge Frost**
**Magistrate Judge Abel**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that judgment is hereby entered pursuant to the Consent Decree signed by the Honorable Gregory L. Frost on December 7, 2006.

Date:  **December 7, 2006**        **James Bonini, Clerk**

_____s/ Scott Miller_____
By Scott Miller /Deputy Clerk